To The U.S. District Court
Middle District of Florida

GARY FRANK IAGULA

Plaintiff

3:05-cv-480-J-20MMH

VS

ST. JOHNS, Co. FL. Et. AL
defendant

Clerk of the Courts in And For St. Johns, Co. FL. Seventh Judicial Circuit. Et. AL
defendant

States Attorney
in And for ST. Johns, Co. FL
Seventh Judicial Circuit. Et. AL
defendant

Sheriffs Office St. Johns Co. FL Et. AL
defendant

Department of Highway Safety And Motor Vehicals Et. AL
Tallahassee, FL.



Dear Sir,

My name is GARY FRANK LaGrua. I Live at M-101 700 West Pope, Rd. St. Augustine, FL. 32080
Phone # 904 377-1228

I can not afford to hire an attorney, and ask the Court to accept this letter as a motion for a hearing in federal Court to determine whether or not my

Civil rights were violated by the unlawful and fraudulent entry of information to my Driver license and Transcript of Driver record. Department of Highway Safety and Motor Vehicles Tallahssee, Florida.

On July 19th 1993 Altered and fraudulent information was

received by the Department of Highway Safety And Motor Vehicles concerning An Alleged Arrest for Violation of Florida Statute 316-1931(2)(B) And concerning A Conviction notice Allegedly filed on December 15th 1988 by the Clerks Office in And for St. Johns Co. FL. Seventh Judicial Circuit



As a result of that Altered and fraudulent information being entered on my record I have suffered immeasurable anguish and for Twelve years I have been unable to have any kind of a life at all and ask the Court for relief concerning the altered and

(5)

Fraudulent information entered on my record as it appears now.

I ask that the Court take jurisdiction over this case because of the State Courts lack of action and total disreguard for Florida Statutes these twelve years. I have complaind to every law enforcement agency

⑥

in the State of Florida and recently got arrested Nov 6th 2004 in hopes of getting this resolved by local courts, but when I responded to the States demand for Reciprocal Disclosure the States Attorney filed an Announcement of Nolle Prosequi Feb 10th 2005 in an attempt to keep this information



out of the courts for fear of what would happen if this information, entered on my record July 19th 1993 proves to be altered and fraudulent.

As my last resort I appeal to the Federal Courts for help.

Thank you

Gary Frank La Grua
700 West Pope, Rd. M-101
St Augustine FL 32080